WALTER S. BOLD, as Administrator, etc., of LILLIAN G. BOLD, Deceased, Respondent, v. THOMAS CUSHING, Appellant.— Order reversed, upon the ground that there is no evidence or data that justified the court in sub-

stituting its opinion for that of the jury, and verdict reinstated, without costs. Jenks, P. J., Thomas, Mills and Putnam, JJ., concurred; Blackmar, J., dissented.